UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNIE RUSSELL WILLIAMS III,<br><br>Defendant. | CASE NO. CR08-187-TSZ<br><br>DETENTION ORDER |

Offense charged:

    Count I Conspiracy to Distribute Cocaine Base In the form of Crack; Count II and III Distribution of Cocaine Base in the form of Crack (more than 5 grams).

    Date of Detention Hearing: 06/06/08

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably

assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has been charged with a drug offense which carries a mandatory minimum sentence of five years, and a maximum of 40 years.

(2) The defendant is a significant danger to others and the community. He has a lengthy criminal history including three state felony convictions for violations of the uniformed controlled substances act, and convictions for attempting to elude a pursuing police officer and burglary in the second degree. The defendant has been on state supervision between 1999 and 2008. He has had 15 separate violations of supervision with seven occurring in 2007. The violations include failing to report and possessing controlled substances. In January 2008 he violated his supervision by possessing cocaine.

(2) Defendant presents a significant flight risk. He is facing serious penalties if convicted. He has failed on numerous past occasions to comply with his state court supervision. At the time of his arrest, he had resided at his residence for eight months. Prior to living at this residence, he did not have a permanent address.

(3) Defendant also has long history of using controlled substances. For the last month, he regularly used methamphetamine; he last used methamphetamine one week ago.

(4) He was last employed in 1999.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of June, 2008.

s/ Brian A. Tsuchida
United States Magistrate Judge